# United States Bankruptcy Court
## Western District of Texas

In re **CryptoMetrics, Inc.**, Debtor

Case No. **10-53622**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attached** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 17, 2010**　　　　Signature **/s/ Danny W. Mills**
　　　　　　　　　　　　　　　　　　　　　　　**Danny W. Mills**
　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

| Individual/Company | Address | # of Shares | Type of Shares |
|---|---|---|---|
| 1118 Investment Family Limited Partnership | 86 Argon Place New Hyde Park, NY 11040 | 8,000 | Common Share |
| **1990 Nigro Trust** | **3965 S. Durango Dr., Suite 106 Las Vegas, NV 89147** | **20,000** | **Common Share** |
| Abbene, Margaret & Theodore | 16 Widgeon Lane Sag Harbor, NY 11963 | 1,000 | Common Share |
| Abel, Todd | Microsoft - 1 Microsoft Way Building 31/2302 Redmond, WA 96052 | 8,000 | Common Share |
| Acqua Fredda, Jack & Dawn | 1630 Gilford Avenue New Hyde Park, NY 11040 | 4,000 | Common Share |
| **Alba, Glen** | | **5,000** | **Common Share** |
| Alianell, Samuel J. | 10 Hunnewell Way The Woodlands, TX 77382 | 10,000 | Common Share |
| Alianell Family LP | 10 Hunnewell Way The Woodlands, TX 77382 | 12,000 | Common Share |
| **Allstrom Haliden Partners** | **VOID** | | **Common Share** |
| **Altos Cardiovascular Medical Associates, Inc.** | **727 Altos Oaks Drive Los Altos, CA 94024** | **16,000** | **Common Share** |
| Anglo Nordic Brokers Inc. | Mailbox 1504 SE-411 41 Gothenburg, Sweden | 4,000 | Common Share |
| Annunziato, Frank | 1748 N. Vallejo Hwy Upland, CA 91784 | 25,000 | Common Share |
| **Ansell, Clive** | | **4,000** | **Common Share** |
| APG Gift Trust | 2925 Westlake Cove Austin, TX 78746 | 4,000 | Common Share |
| Aschkenasy, Robert | 206 South June Street Los Angeles, CA 90004 | 12,000 | Common Share |
| Ashman, Paul & Patrice | 4 Winterberry Lane North Redding, MA 01864 | 10,000 | Common Share |
| **Aslam Trust Saghir A. Aslam TTEE** | **Aslam Investment 34 Shepard Irvine CA, 92620** | **2,000** | **Common Share** |
| B and M Fitness Corporation | c/o Robert Pulizzott 71 Claremont Avenue North Babylon, NY 11703 | 3,200 | Common Share |
| Bachinski, Anne | 173 Heath Street Ottawa Ontario, Canada K1H 5E6 | 7,500 | Common Share |
| Bailey, Michael & Kristin | P.O. Box 427 York Harbor, ME 03911 | 10,000 | Common Share |
| **Bakowski, Peter** | **10012 North Dale Mabry, Suite 109 Tampa, FL 33618** | **19,000** | **Common Share** |
| Bank Rud Blass & CIE AG | Selnaustrasse 32 CH-8039 Zurich Switzerland | 1,850,000 | Common Share |
| Barra, Doris & Walter | 240 Garth Road, Apt. 4A Scarsdale, NY 10583 | 200,000 | Common Share |
| Barra, Douglas | 240 Garth Road, Apt. 4A Scarsdale, NY 10583 | 100,000 | Common Share |
| Barra, Robert | 199 Read Ave. Crestwood, NY 10707 | 2,975,000 | Common Share |
| **Barrett, Theresa** | | **5,000** | **Common Share** |
| Bauer, Garrett | 157 East 84th Street Apt 4, NY, NY 10028 | 16,000 | Common Share |
| Beaury, William | 134 Mill Spring Road Manhasset, NY 11030 | 2,500 | Common Share |
| Beckmann, Rhett | P.O. Box 1750 East Hampton, NY 11937 | 2,000 | Common Share |
| Becvar, Paul | 11570 State Rd. 70 Grantsburg, WI 54840 | 2,000 | Common Share |
| Benach, Douglas & Sue | 22 Longview Lane Chappaqua, NY 10514 | 10,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Benhome Associates, L.P. | 22 Longview Lane Chappaqua, NY 10514 | 15,000 | Common Share |
| **Berning, Jesper** | **8B Vallerpedgade P.O. Box 1014 DK-2960 Rungsted Kyst Denmark** | **8,000** | **Common Share** |
| Berry, Larry | 175 Water Street, Unit 303 Prescott Ontario, Canada K0E 1T0 | 3,334 | Common Share |
| **Beuggert, Rene** | **Bodenmattstrasse 29, 4214 Haegendorf, Switzerland** | **4,000** | **Common Share** |
| Bibeau, Ovila Peter | 231 S. Middletown Road Nanuet, NY 10954 | 8,000 | Common Share |
| Biderman, Ira & Meryl | 503 Pinehurst Court Roslyn, NY 11576 | 4,000 | Common Share |
| Biundo, Carla | 1602 83rd Street Brooklyn, NY 11214 | 6,000 | Common Share |
| Block, Alvin | 219 Delancy Street Philadelphia, PA 19106 | 2,500 | Common Share |
| Blumenthal, James | 6743 N. 27th St Arlington, VA 22213 | 4,000 | Common Share |
| Boothby, Derek | 87 Upland Downs Manchester Center, VT 05255-9314 | 8,000 | Common Share |
| Boyarski, Joel | 211 Broadway Lynbrook, NY 11563 | 6,000 | Common Share |
| **Brainard, Rosalie** | **146 Fieldstone DriveMount Kisco, NY 10549** | **2,000** | **Common Share** |
| **Brainard, Rosalie, IRA** | **146 Fieldstone Drive Mount Kisco, NY 10549** | **2,000** | **Common Share** |
| Brino Investment | Kraehbuel Strasse 16 8044 Zurich, Switzerland | 10,000 | Common Share |
| Bruinsma, Gosse | Bilderdukstraat 9 2311XD Leiden The Netherlands | 13,000 | Common Share |
| Bruno, Marcello | 1275 Richmond Road Staten Island, NY 10304 | 7,000 | Common Share |
| Buffolino, Robert | 398 North 6th Street Lindenhurst, NY 11757 | 500 | Common Share |
| Bujarrabal, Miguel | Av. Rioja 14, 90 F Logrono 26001Spain | 4,000 | Common Share |
| Cahill, Deborah | 28 Sutcliffe Ave. Canton, MA 02021 | 5,000 | Common Share |
| Calvo, Angel | 2825 Northwest 91 Street Seattle, WA 98117 | 4,000 | Common Share |
| Carlsson, Carl-Ake | Batstojordet 93 1363 Hovik, Norway | 4,000 | Common Share |
| **Carnahan Trust** | **Schillerstrasse 29 51350 Bad-Homburg Germany** | **24,000** | **Common Share** |
| **Casaccio Trust** | | **17,125** | **Common Share** |
| **Casaccio, Scott** | | **17,125** | **Common Share** |
| Castellano, Dennis & Lisann | 22 Hillandale Road Danbury, CT 06811 | 1,000 | Common Share |
| Cedar Equities, LLC | 820 Gessner, Suite 1060 Houston, TX 77024 | 8,334 | Common Share |
| CEG Gift Trust | 2925 Westlake Cove Austin, TX 78746 | 4,000 | Common Share |
| Century Development | 5853 Lubao Ave. Woodland Hills, CA 91367 | 8,000 | Common Share |
| Cerritelli, Gus | 523 Murray Hill DriveYoungstown, OH 44505 | 1,000 | Common Share |
| Cerritelli, Raymond | 828 Brookside Drive Orange, CT 06477 | 1,000 | Common Share |
| Chen, Patrick & Fun-Giao | 14-33 131st Street College Point, NY 11356 | 10,000 | Common Share |
| Christopher, Jennifer | 2 Arnold Road Stoneham, MA 02180 | 5,000 | Common Share |
| Cipolia, David | 13 Majestic Oak Ct San Ramon, CA 94583 | 4,000 | Common Share |
| Citiscope Investments | 525 E. 82nd Street, Suite 2B New York, NY 10028 | 12,000 | Common Share |
| Citrin, Mitchell A. | 3114 Hewlett Avenue Merrick, NY 11566 | 2,000 | Common Share |

| | | | |
|---|---|---|---|
| Claremen Family Revocable Trust | 10866 Wilshire Blvd., 10th Floor Los Angeles, CA  90024 | 15,000 | Common Share |
| Corner, Joel A. | 212 Goodhill Road Kentfield, CA  94904 | 17,000 | Common Share |
| Conan, Alfred J., III | Delmont Utilities, Inc. 3565 Winding Way Newton Square, PA 19073 | 4,000 | Common Share |
| Cooney, John & Sandra | 3548 West 5700 South Roy, UT  84067 | 2,000 | Common Share |
| Copp, Dana | 305 Briarwood Trail Austin, TX  78746 | 8,000 | Common Share |
| Corniani, Maurizio | Boccadiganda 26 Borgoforte, Mantova 46030, Italy | 10,000 | Common Share |
| Corr, Leo | W. 6556 20th Street Necedah, WI  54646 | 4,000 | Common Share |
| Costanzo, Anthony | 87 South St. Demarest, NJ  07627 | 8,000 | Common Share |
| Crowe, James | 302 King of Prussia Rd. Wayne, PA  19087 | 4,000 | Common Share |
| CSI Communication Systems, Inc. | Grundstrasse 66 CH-8712 Slafz Switzerland | 8,000 | Common Share |
| **Cucciniello, Paul and Diana** | **1915 Vincent Court Wall, NJ  07719** | **4,000** | **Common Share** |
| Curatola, Dominick & Valerie JTWR[ ] | 727 Altos Oaks Drive Los Altos, CA  94024 | 16,000 | Common Share |
| Curatola Sep IRA | P.O. Box 2815 East Hampton, NY  11937-0251 | 13,000 | Common Sare |
| Curatola, Gerald | P.O. Box 2815 East Hampton, NY  11937-0251 | 12,000 | Common Share |
| DaCosta, William | 604 Broadway Massapequa, NY  11758 | 16,000 | Common Share |
| D'Amato, Alphonse | 67 Buxton St. Lido Beach, NY  11561 | 5,000 | Common Share |
| Day, Jerome C., Jr. | 111 Lower Cross RoadGreenwich, CT  06831 | 15,000 | Common Share |
| DeGaridel, Marc & Beatrice | 55 Rue Jacques Dulud 92200 Neuilly sur Seine France | 28,500 | Common Share |
| Denno Family Limited Partnership | 115 Fox Hall Lane San Antonio, TX  78213 | 16,000 | Common Share |
| Dente, Joseph | 132 Grymes Hill Road Staten Island, NY  10301 | 16,000 | Common Share |
| Desiosiers, Paul | 33 Walnut Hill Road Derry, NH  03038 | 10,000 | Common Share |
| DeTaey, Dirk | Meylstraat #9 2540 Hove Belgium | 4,000 | Common Share |
| DiSanluciano, Emilio | 34 Huckleberry Lane East Hampton, NY  11937 | 8,000 | Common Share |
| DiSanluciano, Joanne | 1565 85th Street Brooklyn, NY  11228 | 5,000 | Common Share |
| Domenig, Gaudenz | Muhlebachstrasse #6 Zurich 8008 Switzerland | 8,000 | Common Share |
| Doyle, Jonathan J. | 557 Indian Field Road Greenwich, CT  06830 | 84,000 | Common Share |
| Drury, David | 1047 Center Oak Drive Pittsburgh, PA  15237 | 23,000 | Common Share |
| DuBrovin, Gene | 121 W.19th St. Apt 3E New York, NY 10011-4134 | 5,000 | Common Share |
| Dull, Tom | 301 E. Market Street Cleina, OH  45822 | 4,000 | Common Share |
| **Durand, Geri Marie** | | **5,000** | **Common Share** |
| **Durand, Tom** | | **650** | **Common Share** |
| Dvorin, Lyndsi | 24600 Shaker Blvd Beachwood OH 44122-2352 | 4,000 | Common Share |
| Dyment, Lawrence T. | 52 R. Buttlers Row Wilmington, MA  01887 | 5,000 | Common Share |
| Eagle One Roofing Contractors, Inc. | 18-60 45th Street Astoria, NY 11105 | 8,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Eaton, Charles P. | 20 Point Road Norwalk, CT 06854-5021 | 35,000 | Common Share |
| Emmolo, Alfonse & Brunhilde | 917 Innis Street Oil City, PA 16301 | 2,000 | Common Share |
| **Enectali Figueroa Robles & Sonia Feliciana Gomez** | **P.O. Box 857 Fajardo, P.R. 00738 Puerto Rico** | **50,000** | **Common Share** |
| Evans, Charlie | 34 Bay View Lane Amityville, NY 11701 | 2,000 | Common Share |
| Fanter, Edward P. | 3840 Chapel Drive Sedalia, MO 65301 | 27,000 | Common Share |
| Farr, Scott | 8708 Clarion Court Austin, TX 78749 | 4,000 | Common Share |
| Feldan, Leon & Esther | 23 Midwood Dr. Plainview, NY 11803 | 4,000 | Common Share |
| FGR Akel, LLC | Attn: George Akel Binghamton Giant Markets, Inc. 100 Oakdale Road P.O. Box 490 Johnson City, NY 13790 | 21,500 | Common Share |
| Fink, Peter | 33A Neusatzweg Therwil, CH-4106 Switzerland | 4,997 | Common Share |
| Finnerty, Diane V. | 420 E. 54th St. Apt 37J New York, NY 10022-5155 | 4,000 | Common Share |
| Fisher, Fred | 218 Avalon Dr. Los Altos, CA 94022 | 4,000 | Common Share |
| Flora, Richard B. | 1100 Crosspointe Ct. Wabash, IN 46992-1572(HM)/ 572 S. Miami St. Wabash, IN 46992-3314(OF) | 8,000 | Common Share |
| Forfuture Limited | 78 Scollard St. Toronto, Ontario Canada M5R1G2 | 43,000 | Common Share |
| **Franklin, Scott** | **3 Railroad Avenue, Suite 1 East Hampton, NY 11937** | **4,000** | **Common Share** |
| Frascino, Angelo & Carol | 54 Seminary Ave. Yonkers, NY 10704 | 10,000 | Common Share |
| Fredella, Rocco | 8218 17th Ave. Brooklyn, NY 11214 | 9,000 | Common Share |
| Futerman, Bryan & Jennifer | 15 Bull Pasture Lane East Hampton, NY 11937-3031 | 1,000 | Common Share |
| Gallucci, Robert | 5 Lovegreen Lane East Greenwich, RI 02818 | 4,000 | Common Share |
| Gentile, Anthony | 17 Stepping Stone Crescent Dix Hills, NY 11746-5011 | 5,000 | Common Share |
| Gentile, Patrick A. | 14 Silversmith Lane Levittown, NY 11756 | 6,400 | Common Share |
| Gerard, Roland | 3 Chemin Masy Grez Doiceau 1390 Belgium | 12,000 | Common Share |
| Ghandi, Khushro | 2040 Fair Park Ave., #206 Los Angeles, CA 90041 | 5,000 | Common Share |
| Gilbert, John A. | 3631 SW York Way Topeka, KS 66604 | 1,000 | Common Share |
| **Giovinco, Anna** | | **5,000** | **Common Share** |
| Giroux, Rich | 69 Perry Street, #5 New York, NY 10014 | 7,000 | Common Share |
| Glaser, Judith | 66-34 Burns Street Rego Park, NY 11374 | 60,000 | Common Share |
| Goldman, Carole | 100 High Point Drive, #710 Hartsdale, NY 10530 | 7,500 | Common Share |
| Golebiewski, Edward W. III | 324 Wellington Road S. Garden City South, NY 11530 | 5,000 | Common Share |
| Gomez-Barreda, Ricardo | Hermosilla, 3 28001 Madrid, Spain | 8,000 | Common Share |
| **Gomez-Ulmke, Ricardo** | **Tibco - 35 New Bridge Street London EC4V6BW U.K.** | **4,000** | **Common Share** |
| Gonzalez, Rafael Roiz | San Agustin #183, Claustros Del Parque Queretaro, QRO, Mexico 76150 | 15,000 | Common Share |
| Goodfriend, Robert | c/o Goody's PO Box 22000 Knoxville, TN 37933-2000 | 45,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Goodrich, George | 3320 W. Bath Rd Akron, OH  44333 | 4,000 | Common Share |
| **Goody, Colin** | **Queen Hythe Farm Cottage Jacob Well Road, Guildford Surrey  GU4 7PA U.K.** | **4,000** | **Common Share** |
| Gordillo, Miguel | 82 Doctor Esquerdo Madrid 28007 Spain | 4,000 | Common Share |
| Gordon Family Trust, Arthur & Susan | 7004 Sundance Circle Orange, CA  92869 | 14,286 | Common Share |
| Grasso, Joseph & Rosemary | 3 Hampshire Court Patterson, NY  12563 | 3,334 | Common Share |
| Grasso, Salvatore | 26 Angola St. Yonkers, NY  10707 | 12,600 | Common Share |
| Green, Roberta | 42 Meadow Lane Chappaqua, NY  10514 | 2,500 | Common Share |
| Greenbaum, J. Bradley | | 8,286 | Common Share |
| Greenblum, Gary | 602 Kinney Ave. Austin, TX  78704 | 4,000 | Common Share |
| **GRQ Consultants, Inc.** | **595 S. Federal Hwy. Ste 600 Boca Raton, FL 33432** | **2,000** | **Common Share** |
| Gurbach, Thomas M. | 701 West Lakeside Unit 910 Cleveland, OH  44113 | 4,000 | Common Share |
| Gustovich, David | 213 Whetherbum Drive Wexford, PA  15090 | 8,000 | Common Share |
| Gutierrez, John | 5901 Toppingham Plano, TX  75093 | 4,000 | Common Share |
| GWMG Gift Trust | 2925 Westlake Cove Austin, TX  78746 | 4,000 | Common Share |
| Hall, Donald | 1157 Fearrington Post Pittsboro, NC  27312 | 4,000 | Common Share |
| Handler, William L. | 14 Colony Drive East West Orange, NJ  07052 | 17,858 | Common Share |
| Harmon, Scott & Patty | P.O.Box 398 Wilson, WY 83014 | 4,000 | Common Share |
| **Hein Trust** | | **17,125** | **Common Share** |
| Hein, Joie Marie | 2004 Midlane S Syosset, NY 11791-9674 | 10,000 | Common Share |
| Hein, Christopher & Joie Marie | 2004 Midlane S Syosset, NY 11791-9674 | 17,125 | Common Share |
| Hein, Gregory | 74 Nassau Rd Massapequa, NY  11758 | 7,500 | Common Share |
| **Hein, Walter** | | **650** | **Common Share** |
| Hennenfent, Mark & Susan | 3980 San Leandro Way San Diego, CA  92130 | 7,500 | Common Share |
| Hickey, William F. | 234 Lakeview Avenue East Brightwaters, NY  11718 | 25,000 | Common Share |
| Higdem, Garry | 325 Paragon Way Castle Rock, CO  80108 | 8,000 | Common Share |
| **Hilmer, Cash** | | **650** | **Common Share** |
| Hnatt, William | 87 Nejecho Dr. Brick, NJ  08723 | 4,000 | Common Share |
| Hobbs, Deborah | 690 Woodridge Lane Prescott, AZ  86303 | 10,000 | Common Share |
| Hobbs, Donad | 690 Woodridge Lane Prescott, AZ  86303 | 7,000 | Common Share |
| **Horn, Steve** | | **650** | **Common Share** |
| Huibers, Paul Henry | c/o Eli Lilly Torre Uno 30 Piso Avenida Or____, Las Mercedes Caracas, Venezuela | 4,000 | Common Share |
| **Iacono, Mike** | **3266 Bayfield Blvd. Oceanside, NY  11572** | **2,500** | **Common Share** |
| Ischy, Noel | 2001 Rose Rd. Tyler, TX  75701 | 16,000 | Common Share |

| | | | |
|---|---|---:|---|
| Jacobs, David C. | James B. Oswald Co. 1360 E. 9th St. Ste. 600 Cleveland, OH 44114 | 4,000 | Common Share |
| Jelley, William D. | 63-18 75th Street Middle Village Queens, NY  11379 | 5,000 | Common Share |
| Jennings, Andrew | 11 Sonora Court Novato, CA  94945-1776 | 8,000 | Common Share |
| Jensen, Larry | 300 41st Avenue San Mateo, CA  94403 | 15,000 | Common Share |
| Jimenez, Ernesto | 4 Valcotos Madrid 28023 Spain | 4,000 | Common Share |
| **Jivmark, Jan** | **17 Pinel Close Virginia Park - Virginia Water Surrey Gu__, UK** | **8,000** | **Common Share** |
| Johnson, Clinton | 565 Park Avenue, #5E New York, NY  10021 | 11,000 | Common Share |
| Johnson, Clinton IRA | 565 Park Avenue, #5E New York, NY  10021 | 1,000 | Common Share |
| Johnson, Jean | 226 S. Lee Street Alexandria, Va  22314 | 4,000 | Common Share |
| Jouhld, Timo | Obere Rebhakle 46 CH-6340 Baar Switzerland | 30,000 | Common Share |
| Kagan, Robert S. | 49-24 Thimbleweed Trail Long Grove, IL  60047 | 4,000 | Common Share |
| Kalian, Fred & Heidi | 16219 Chasemore Dr. Spring TX  77379-6603 | 25,000 | Common Share |
| Kelley, Joseph G. | 3 Corwin Road Sag Harbor, NY  11963 | 50,000 | Common Share |
| Kelton, Chuck & Richard | 29 Garfield Avenue Glen Head, NY  11545 | 10,000 | Common Share |
| Kimble, John C. | 2836 Alsace Court Orlando, Fl  32812 | 16,000 | Common Share |
| Kimble, Shelia | 2836 Alsace Court Orlando, Fl  32812 | 4,000 | Common Share |
| Klarman, Dave | 380 Hatley Rd Pittsboro, NC  27312 | 1,000 | Common Share |
| Klein, Charles & Helene | 55 Ocean Ave. Monmouth Beach, NJ  07750 | 20,000 | Common Share |
| Kline, Irwin | 1025 Canterbury Lane Villanova, PA  19085-2017 | 8,000 | Common Share |
| Kobley, Erik | 446 Oceanfront Street Long Beach, NY  11561 | 4,000 | Common Share |
| Kosina, William | 4265 Polaris Course Liverpool, NY  13090 | 2,500 | Common Share |
| **Kosovich, Dr. Dushan** | **333 East 48th Street New York, NY  10017** | **4,000** | **Common Share** |
| Kossak, Evelyn | 68 Cross Highway Westport, CT  06880 | 15,000 | Common Share |
| Kulhanek, Alfred | Kamperwand Str. 3 D-85560 Ebersberg Germany | 4,000 | Common Share |
| L. Bellam Enterprises Ltd. | P.O. Box 27377 1644 Nicosia, Cyprus Greece | 25,000 | Common Share |
| Lacalmito, Jon & Kathleen | 269 Frank Applegate Rd. Jackson, NJ  08527 | 4,333 | Common Share |
| Lacalmito, Joseph | 91-1005 Makanhani St Kapolei, HI 96707 | 1,500 | Common Share |
| Lang, Erik & Joan | 4700 91st Avenue NEYarrow Point, WA  98004 | 10,000 | Common Share |
| Lapine, Timothy | 1326 Harvard Avenue Salt Lake City, UT  84105 | 4,000 | Common Share |
| Lapine, Timothy & Harmon, Scott | 1326 Harvard Avenue Salt Lake City, UT  84105 | 5,000 | Common Share |
| Laverty, Denis | 75 Friars Hill Wicklow Town County Wicklow, Ireland | 5,000 | Common Share |
| Le Faucheur, Francois | Villa 23, Les Hauts de Veyriere Valbonne France | 4,000 | Common Share |
| Leahey, Michael & Lynne | 17 Blackwood Road Brookfield, CT  06804 | 1,000 | Common Share |
| Leahy, Thomas | 1736 E. Charleston Blvd. Las Vegas, NV  89104 | 4,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| LeBlanc, Daniel J. | 214 Franklin St. Extension Danbury, CT  06811 | 3,300 | Common Share |
| Leppin, Walter | 10040 Silver Point Lane Ocean City, MD  21842 | 4,000 | Common Share |
| Levy, John & Christine | 9 Meadows Lane Ocean, NJ  07712 | 12,000 | Common Share |
| Lewis, Jan | 20 Campbell Drive Dix Hills, NY  11746 | 2,000 | Common Share |
| **Liberty Mortgage Group, LLC** | **501 Boston Post Rd. Norwich, CT 06360** | **VOID** | |
| Linkenbourne, LTD | c/o Eaton & Van Winkle 3 Park Ave. New York, NY  10016 | 14,286 | Common Share |
| Linthorst, Maarten | Mutzmalen 34 Staefa CH-87-12 Switzerland | 12,000 | Common Share |
| Macmillan, Andrew Z. | 42B Cove Hollow Road East Hampton, NY  11937 | 1,000 | Common Share |
| Macol, Nicholas | 79 Ochsner Place Trumbull, CT  06611 | 3,000 | Common Share |
| Macomson, Michael R. | 1931 Metcalf Road Shelby, NC  28150-1001 | 8,000 | Common Share |
| Madaio, Doug & Andrea | c/o PIC Funding 6800 Jericho Turnpike #120 Syosset, NY  11791 | 20,000 | Common Share |
| Maguire, Brian | 62 Wakefield Avenue Port Washington, NY  11050 | 10,000 | Common Share |
| Mahoney, William (MBRO) | | 250,000 | Common Share |
| Maich, Peter | 770 Cochituate Road Framingham, MA  01701 | 20,000 | Common Share |
| Maitin, Emilio | R. Roberto De Lamenais 314 Sao Paulo S.P.  05131-050   Brazil | 16,000 | Common Share |
| Malik, Shazad | 1801 Century Plaza E, Ste.1600 Los Angeles, CA 90067-2318 | 4,000 | Common Share |
| Mancel, Claude | 115 Avenue Bellevue  Waterloo 1410 Belgium | 4,000 | Common Share |
| Manfredi, John P. | 704 Locust St. Mt. Vernon, NY 10552 | 3,000 | Common Share |
| **Mangano, Joseph** | | **10,000** | **Common Share** |
| Margolis, Robert | 6835 Valjean Ave.  Van Nuys, CA  91406 | 125,000 | Common Share |
| **Martello, Tom** | | **650** | **Common Share** |
| Martinez, Gustavo | KM 1 Carretera Al Campo Militar,  Col. San_, Queretaro  76135 Mexico | 16,000 | Common Share |
| Matchett, Chris | 30 West Street, #2E  New York, NY  10004 | 8,000 | Common Share |
| Mattina, Richard & Joan | 1 Iron Ridge Oval  Briarcliff Manor, NY  10510 | 4,000 | Common Share |
| McGovern, Audrey | 72 Orr Rd.  Jericho, VT  05465 | 4,000 | Common Share |
| **McKee, Mike** | | **650** | **Common Share** |
| McManus, Michael | 100 White Plains Rd.  Bronxville, NY  10708 | 10,000 | Common Share |
| **McNulty, Jack** | **104 Fawn Trail  West Seneca, NY  14224** | **4,000** | **Common Share** |
| Meade, Daniel J. | 88 Driftwood Ct.  Port Ludlow, WA  98365 | 35,000 | Common Share |
| Meganet, Uno S.A. | Attn:Federico A. Golcher  SJO 1161, PO Box 025331 Miami, FL 33102-5331 | 31,000 | Common Share |
| Merrill Lynch Pierce Fenner & Smith, Inc. (Steens) | 150 Hunters Glen Rd.  Wayzata, MN  55391 | 20,000 | Common Share |
| **Michael & Jayne Irrevocable Trust** | | **250,000** | **Common Share** |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Michael Vincent Family Limited Partnership | 60 Hardwood Drive Tappan, NY 10983 | 4,000 | Common Share |
| Michel, Ray | 29 Avenue B New York, NY 10009 | 250 | Common Share |
| Miller, Jerome | | 4,000 | Common Share |
| Mofshin, Dan | 6495 Enclave Way Boca Raton FL 33496 | 2,000 | Common Share |
| Morandini, Ronald | Rd #3, Box 159 Vandergrift, PA 15690 | 4,000 | Common Share |
| Muckleston, Paul | Microsoft New Zealand Ltd. Microsoft H Auckland New Zealand | 2,000 | Common Share |
| Nachman, Alan & Don | 747 Grove Street Lanoka Harbor, NJ 08734 | 4,000 | Common Share |
| Nachman, Don | 525 Vaughn Ave. Forked River NJ 08731 | | Common Share |
| Najem, Thomas J. | 8 Hawthorne Rd. Windham, NH 03087 | 5,000 | Common Share |
| **Navitrek Ou** | **c/o Jukka Harju, Tartu MNT 63 EE 10115 Taltinn, Estonia** | **5,000** | **Common Share** |
| Nelson, Robert J. | 44 Prairie Lane Levittown, NY 11756 | C/D | |
| **New Commerce Investment, LTD** | **Lightbit Corporation 411 Clyde Avenue Mountainview, CA 94043** | **150,000** | **Common Share** |
| **Nickerson, Emma** | | **5,000** | **Common Share** |
| Nicolia, Mary | 35 Leslie Road Unit H Bridgeport, CT 06606 | 2,000 | Common Share |
| Nissen Living Trust | 5 Dobbs Ferry Terrace Scarsdale, NY 10583 | 2,500 | Common Share |
| Nissen, Harold J. | 5 Dobbs Ferry Terrace Scarsdale, NY 10583 | | Common Share |
| Nixon, Frederick, Jr. | 878 Londonberry Turnpike Auburn, NH 03032 | 5,000 | Common Share |
| Nordin, Peter | Bakkevej 2A DK 3070 Snekkersten Denmark | 4,000 | Common Share |
| Notar, John | P.O. Box 842 Manzanita, OR 97130 | 4,000 | Common Share |
| Nunn, Richard P. | 11630 Snow Creek Lane Parker, CO 80138 | 12,000 | Common Share |
| Nurnberg, Steve | 1268 South Jones Spring Lake Springfield, MO 65809 | 5,000 | Common Share |
| O'Connor, James & Joan | 15 Mason St. Salem, MA 01970 | 10,000 | Common Share |
| O'Halloran, Nuala & Daniel | 260 Forest Avenue Massapequa, NY 11758 | 2,000 | Common Share |
| O'Hara, Henry | 575 N. Shoreline BLVD Mountain View ,CA 94043 | 4,000 | Common Share |
| **Olson, Don** | | **650** | **Common Share** |
| O'Neill, Joseph | 64 Milltown Road Holmes, NY 12531 | 1,000 | Common Share |
| O'Neill, Robert & Karen | 1579 Silver St. Hinesburg, VT 05461 | 16,667 | Common Share |
| O'Neill, Thomas | 6 Wincoma Drive Huntington Bay, NY 11743 | 84,000 | Common Share |
| Orme, Nathaniel, IRA | 7622 Rural Dominion Drive Bethesda, MD 20817 | 4,000 | Common Share |
| **Pagliaroli, Vinny** | | **650** | **Common Share** |
| Palazzo, Robert | 3699 Broadbridge Avenue, Unit #225 Stratford, Ct 06614 | 2,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Palmer, Boyd | 116 W. Lafayette  Ottawa, IL  61350 | 4,000 | Common Share |
| Park Avenue Developers, LLC | Attn:  Ralph Lieber  141 Howard Terrace  Leonia, NJ  07605 | 28,000 | Common Share |
| **Peoples, Lauren** | **For Porter Peoples** | **5,000** | **Common Share** |
| Perlmutter, David & Haya | 1 Naomi Street, 3445 Haifa, Israel | 7,000 | Common Share |
| Pietz, Edith | 375 Rue Road, Monroe Township, NJ  08831 | 7,833 | Common Share |
| Pietz, Staci A. & Edith   JT/WROS | 375 Rue Road, Monroe Township, NJ  08831 | 1,334 | Common Share |
| Pilewicz, Stephan | 815 Montgomery St. Jersey City, NJ  07306 | 8,000 | Common Share |
| Pipia, Paul A. | 19 Pine Road, Syosset, NY  11791 | 2,500 | Common Share |
| Post, Eddy (Post Van Door, Neeltje) | Kaya Alonso De Ojeda #47 Willemstad The Netherlands Antilles | 4,000 | Common Share |
| Poulos, Michael J. | 2121 Kirby Drive, #73 Houston, TX  77019 | 15,000 | Common Share |
| Prythero, Ted | 12684 Willow Lane  Denver, CO  80215 | 4,000 | Common Share |
| Quintner, Mitchel | 7 Snug Harbor Rd.  Milford, CT  06460 | 7,057 | Common Share |
| Ramirez, Alvaro | Carrera 4 No. 70A-82, Apt. 716 Bogota, Columbia | 8,000 | Common Share |
| Rathje, Dennis | 751 Cardigan Ct. Napierville, IL  60565-1202 | 4,000 | Common Share |
| Ray, Marc & Vicki JTWROS | 5940 Singletree Lane  Parker, CO  80134 | 6,000 | Common Share |
| Reinhart, Myron | 28 Givens Ct., Richmond VA 23227 | 4,000 | Common Share |
| Robinson, Kenneth | 160 East Beech Street  Long Beach, NY  11561 | 2,000 | Common Share |
| Rodgers, Scott & Sharon | 110 North Street  Haverhill, MA  01830 | 5,000 | Common Share |
| **Ronald Licht Trust** | **3171 Northwestern Hwy, Suite 115 Farmington Hills, MI 40334** | **5,000** | **Common Share** |
| Rosado, Carlos Cintron | P.O. Box 1599  Luquillo, P.R.   00773  Puerto Rico | 10,000 | Common Share |
| Roschek, Jan | Weidacherbergstrasse 27  Isen 84424  -  Germany | 8,000 | Common Share |
| Rosen, Jan and Michele | 9828 Gloucester Drive  Beverly Hills, CA  90210 | 15,000 | Common Share |
| Royal Bank of Canada Trustees LTD | c/o Ben Hamilton P.O. Box 621 Le Gallais Chambers 54 Bath St. St. Helier, Jersey JE4 8YD | 5,000 | Common Share |
| Rubenstein, Ari | 10 Semaphore Road  East Hampton, NY  11937 | 29,000 | Common Share |
| Ruggiero, George | 8 Kimberly Court  Manorville, NY  11949 | 4,000 | Common Share |
| Russo, Paul | Silicon Optix  999 Pascoe Ave. San Jose, CA 95125 | 8,000 | Common Share |
| Sacks Family Trust | 3397 Stoneridge Lane Los Angeles, CA  90077 | 30,000 | Common Share |
| Saloom, Richard | 7 Minkrun Ct.  N. Brunswick, NJ  08902 | 8,000 | Common Share |
| Salsgiver, Paul & Linda | 673 Varese Court Pleasanton, CA  94566 | 8,000 | Common Share |
| **Sarkis, Jacqueline T.** |  | **5,000** | **Common Share** |
| Sarlo, Jeff | 11041 Royal Crest Dr Truckee, CA 96161 | 4,000 | Common Share |
| Savona, Nicholas | 255 Kenyon Street  Stratford, Ct  06514 | 1,000 | Common Share |
| **Sayegh, George A.** |  | **650** | **Common Share** |
| Scainetti, Michael | 11 Jackson Street  East Hampton, NY  11937 | 5,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Schauer, Michael | 262 N. 6th Street Lindenhurst, NY 11757 | 250 | Common Share |
| Schultz, James A. | 11078 San Andrew Drive New Market, MD 21774 | 4,000 | Common Share |
| **Sciame, Sal** | | **650** | **Common Share** |
| Seidenberg, Richard & Ronnie | 17 Stockton Drive Voorhees, NJ 08043 | 17,500 | Common Share |
| Shamis, Robert Edward | Loyaltex Apparel 135 W. 36th St., 9th Fl. New York, NY 10018 | 185,714 | Common Share |
| Shannon, Scott | 172 Renesselaer Road Essex Falls, NJ 07021 | 4,167 | Common Share |
| Sheldon, Clyde | 12515 Willows Rd. NE Kirkland, WA 98034 | 2,857 | Common Share |
| Ship, Jonathan A. | 11 Ledgewood Lane Briarcliff Manor, NY 10510 | 8,000 | Common Share |
| Silberman, Ami | 2156 Parkwood Dr. Wall Township, NJ 07719 | 20,000 | Common Share |
| Skaugvoll, Stig | Herluf Troiles Gade 23, 2. TV. Copenhagen K. 1052 Denmark | 8,000 | Common Share |
| Skoly, Stephen T., MD | 25 Sheep Farm Dr. East Greenwich, RI 02818 | 4,000 | Common Share |
| Sloan, Robert Smulyan | 290 Kingston Way, Unit 341 Duxbury, MA 02332 | 12,000 | Common Share |
| Smee, Richard Anthony | 48 Wells Street - Apt. 36 London W1T3PW UK | 10,000 | Common Share |
| Smith, Charles W. | 2030 Casey Key Road Nokomis, FL 34275 | 20,000 | Common Share |
| Smith, Mark IRA | 196 Essex Street Montauk, NY 11954 | 2,000 | Common Share |
| Smith, Stephen | 2 Le Moulinet Sacey Manche Normandy France | 4,000 | Common Share |
| Smith, Tobin & Marjorie Sutherland | 6116 Rosemont Circle Rockville, MD 20852 | 8,000 | Common Share |
| Smullyan, Raymond | PO Box 75 Elka Park, NY 12427 | 4,000 | Common Share |
| Snyder, Thomas E., Roth IRA | 516 Overlook Terrace Cumberland, MD 21502 | 4,000 | Common Share |
| Sorial, Ayman | 807 Avenue A, Apt. 30 Bayonne, NJ 07002 | 250 | Common Share |
| Spallino, James F. | 4614 Quarter Horse Trail Santa Monica, CA 93455 | 31,000 | Common Share |
| Spencer, Richard | 95385 Spinnaker Dr. Fernanda Beach, FL 32034 | 8,000 | Common Share |
| Spillane, Chris | 653 Sobo Ave. Franklin Square, NY 11010 | 5,000 | Common Share |
| Springer, Victoria | 209 W 10th Street Tama, Iowa 52339 | 4,000 | Common Share |
| Stanford M. Baratz Revocable Trust | 326 W. Ferndale Road Wayzata, MN 55391 | 4,000 | Common Share |
| Starker, Steven | 5 Sarosca Farm Ln Purchase, NY 10577-1600 | 4,000 | Common Share |
| Stones, J.N. | Pine Cay - La Cache du Bourg St. Clement, Jersey C.I. JE2 6FX U.K. | 15,000 | Common Share |
| Strandberg, G. | Ringparken 5 13150 Saltsju-Duvnas Sweden | 12,000 | Common Share |
| Sukhia, Sarosh | 1213 Marl Bank Drive Hopewell, VA 23860 | 5,000 | Common Share |
| Sutherland, Donna D. | P.O. Box 131 Old Westbury, NY 11568 | 6,000 | Common Share |
| Teichner, Howard R. | 74 Victor St. Plainview, NY 11568 | 4,000 | Common Share |
| Tembo Associates | c/o Eaton & Van Winkle 3 Park Ave. New York, NY 10016 | 14,286 | Common Share |
| Terrizzi, Joanne | 1251 Mt. Vernon Rd. Bridgewater, NJ 08807 | 7,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| TFG Capital AG | Ophoffstrasse #22  Marl 45758, Germany  Attn:  Detlef Geldmacher | 50,000 | Common Share |
| The Evans Findings Co., Inc. | 33 Eastern Avenue  East Providence, RI  02914-2107 | 8,000 | Common Share |
| Thoma, Walter | 6 Blvd. de Moulins  MC 98000 Monaco | 34,000 | Common Share |
| Thompson, John B. II & Susan M. | 1029 Plandome Rd.  Plandome, NY  11030 | 12,500 | Common Share |
| Thorley, Stephen | Changing Workplace  1 Boltro Road  Haywards Heath  West Sussex RH161BY U.K. | 7,000 | Common Share |
| Tolle, John & Karen | 2211 Sunnyside Drive  Kansasville, WI  53139 | 7,000 | Common Share |
| Toorneman, Jurgen | Molenstraat #36  6901 CD Zevenaar  The Netherlands | 11,000 | Common Share |
| Torsen, Hans-Olav | Dokkgata 6C  7014 Trondheim Norway | 4,000 | Common Share |
| Triumph Property Group, LTD | 118 East 28th Street, Suite 201  New York, NY  10016 | 5,000 | Common Share |
| Trusis, Richard J. | 20 Long Island Road  Savannah, Georgia  31411 | 5,000 | Common Share |
| Tuthill, Elmer & Beatrice | P.O. Box 2045  Greenport, NY  11944 | 18,000 | Common Share |
| Tuthill, Erika R. | 356 Golfview Rd, Apt 401 North Palm Beach, Fl 33408-3552 | 5,000 | Common Share |
| Unbeatable Trading Corp | 54 Freeman Street  Newark, NJ  07105 | 4,000 | Common Share |
| Ungaro, Peter | 2021 South Liberty Drive  Liberty Lake, WA  99019 | 8,000 | Common Share |
| Urum, Petter | Ekhovsvagen 41D  647 32 Mariefred, Sweden | 4,000 | Common Share |
| Van Brussel, Andre | Molenstraat 21  Pellenberg B3212  Belgium | 5,000 | Common Share |
| Van't Hooft, Eric | Ter Borcht 29 29300 Brasschaat Belgium | 7,000 | Common Share |
| Vengilio, Paul | 50 Mahogany Road Rocky Pointe, NY 11778-9226 | 4,000 | Common Share |
| Villella, Robert | 85 Brighton Drive  Hamstead, NH  03841 | 5,000 | Common Share |
| Vishlitzy, Natan | 87 Clinton Rd. Brookline, MA  02445 | 15,000 | Common Share |
| **Vitale Family** | VOID | VOID | VOID |
| **Vitale Family Trust** |  | 132,500 | Common Share |
| **Vitale, Anthony** | VOID | VOID | VOID |
| **Vitale, Marie** |  | 50,000 | Common Share |
| Vitale, Michael | 22 Perry Ave, Bayville NY, 11709 | 2,725,000 | Common Share |
| **Vitale, Thomas** |  | 10,000 | Common Share |
| Von Willer, Aberto Rittatore | Carnelutti Studio Legale Associato Via Principe Amedeo, 3 20121 Milan Italy | 38,000 | Common Share |
| Walker, Ronald & Jane | c/o USC Consulting Group  875 N. Michigan Ave., Suite 4044  Chicago, IL  60611 | 50,000 | Common Share |
| Wallace, John F. | 411 Hackensack Avenue  Hackensack, NJ  07601 | 7,000 | Common Share |
| Wardell, Stephen J. | 217 Bloomfield St., Apt. 301  Hoboken, NJ  07030 | 250 | Common Share |
| Wehner, Harrison | 2 Ellerdale Close  London, UK NW3 6BE | 4,000 | Common Share |
| Weinstein, Mark | 21 Bayshore Brive Newtown, PA 18940 | 4,000 | Common Share |

| Name | Address | Shares | Type |
|---|---|---:|---|
| Wensel, Christian | Calle Santander #13-11 Torrimar, Guaynabo 00966 Puerto Rico | 4,000 | Common Share |
| Wiedenbach, Josef | Audifaxstrasse 8 Radolfzell 78315 Germany | 2,000 | Common Share |
| **Wilson-Barger, Jeffrey** | **P.O. Box 2273 East Hampton, NY 11937** | **1,000** | **Common Share** |
| Winn, Arthur | c/o Winn Companies 6 Faneuil Hall Marketplace Boston, MA 02109 | 36,000 | Common Share |
| Wise Popular Limited | Attn: Rory Kwok 9/F, 822 Lai Chi Kok Road Kowloon, Cheung Sha Wan, Kowloong Hong Kong, China | 123,810 | Common Share |
| Wolff, L. Richard | 82 Spring St. Metuchen, NJ 08840 | 8,000 | Common Share |
| **Wyman, Alyssa** | | **2,500** | **Common Share** |
| **Wyman, Corydon** | | **2,500** | **Common Share** |
| Yi. And Marianne Kao (Yi, Marianne and Kao) | 325 Carogin Dr. State College, PA 16803 | 4,000 | Common Share |
| York, Clifton | 144 N. Seir Hill Road Norwalk, CT 06850 | 4,000 | Common Share |
| Young, Steve | P.O. Box 529 Eden, UT 84310 | 4,000 | Common Share |
| Zachs, Henry M. | Message Center Management 40 Woodland Street Hartford, Ct 06105 | 8,000 | Common Share |
| Zanellato, Georges | Rue Saint Roch #10 Gistoux 1325 Belgium | 18,000 | Common Share |
| | | 12,152,463 | |