UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | Case No. | 10-53622-LMC |
| CRYPTOMETRICS, INC. § | CHAPTER 11 | |
| § | | |
| DEBTOR § | | |

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING DECEMBER 31, 2021

1. __X__ Quarterly or _____ Final (check one)

2. SUMMARY OF DISBURSEMENTS:

   A. Disbursements* made under the plan      $      12.00
   B. Disbursements not under the plan        $        -
   Total Disbursements                        $      12.00

   * ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?           _X_ Yes   ___ No
4. Are Plan payments being made as required under the Plan?   _X_ Yes   ___ No
5. If "No", what Plan payments have not been made and why?
   Please explain:
   _____
   _____

6. If plan payments have not yet begun, when will the first plan payment be made?  _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?   _____June 13, 2011_____ (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   _____
   _____
   _____

9. Complete the form for Plan Disbursements attached.

10. CONSUMMATION OF PLAN:
    A. If this is a final report, has an application for Final Decree been submitted?
    _____ Yes    Date application was submitted _____
    __X__ No    Date when application will be submitted _____TBD_____
    B. Estimated Date of Final Payment Under Plan ____TBD_____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ Christopher Quinn_         DATE:    1/20/2022
        Christopher L. Quinn

* Combined Creditor's Trust and Shareholder's Trust.

**IN RE:**     **CASE NO.**

**CRYPTOMETRICS, INC.**     **10-53622-LMC**

| | **QUARTER ENDING: DECEMBER 31, 2021** | |
|---|---|---|
| | **Current Quarter Q4 2021** | **CONFIRMATION TO DATE** |
| **CASH-BEGINNING OF QUARTER** | $ 92,947 | |
| **RECEIPTS** | | $ 1,266,069 |
| **DISBURSEMENTS** | | |
| NET PAYROLL | | $ - |
| PAYROLL TAXES PAID | | $ - |
| SECURED/RENTAL/LEASES | | $ - |
| UTILITIES | | $ - |
| INSURANCE | | $ 1,280 |
| INVENTORY PURCHASES | | $ - |
| VEHICLE EXPENSES | | $ - |
| TRAVEL & ENTERTAINMENT | | $ - |
| REPAIRS, MAINTENANCE & SUPPLIES | | $ - |
| ADMINISTRATIVE & SELLING (e.g., Bank Fees) | $ 12 | $ 2,981 |
| US TRUSTEE FEES | | $ 21,471 |
| PROFESSIONAL FEES | | $ 365,755 |
| OTHER (DISTRIBUTIONS) | | $ 781,646 |
| TOTAL PLAN PAYMENTS (page 1 and page 4) | | $ - |
| **TOTAL DISBURSEMENTS** (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | $ 12 | $ 1,173,133 |
| **NET CASH FLOW** | $ (12) | $ (1,173,133) |
| **CASH-END OF QUARTER** | $ 92,935 | $ 92,935 |

| IN RE: | CASE NO. |
|---|---|
| CRYPTOMETRICS, INC. | 10-53622-LMC |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
## QUARTER ENDING: DECEMBER 31, 2021

|  | October 2021 | November 2021 | December 2021 | Total |
|---|---|---|---|---|
| Bank Balance | $ 92,947 | $ 92,939 | $ 92,935 | $ 92,947 |
| Deposit in Transit | $ - | $ - | $ - | $ - |
| Outstanding Checks | $ - | $ - | $ - | $ - |
| Adjusted Balance | $ 92,947 | $ 92,939 | $ 92,935 | $ 92,947 |
| Beginning Cash-Per Books | $ 92,947 | $ 92,943 | $ 92,939 | $ 92,947 |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts |  | $ - | $ - | $ - |
| Checks/Other Disbursements | $ 4 | $ 4 | $ 4 | $ 12 |
| Ending Cash-Per Books | $ 92,943 | $ 92,939 | $ 92,935 | $ 92,935 |

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

|  | October 2021 | November 2021 | December 2021 | Total |
|---|---|---|---|---|
| Beginning Cash-Per Books | $ 92,947 | $ 92,943 | $ 92,939 | $ 92,947 |
| Receipts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ 4 | $ 4 | $ 4 | $ 12 |
| Ending Cash-Per Books | $ 92,943 | $ 92,939 | $ 92,935 | $ 92,935 |